UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PROGRAF ANTITRUST LITIGATION | MDL No. 2242 |
| THIS DOCUMENT RELATES TO: All Direct Purchaser Actions | Master File No. 1:11-md-2242-RWZ |

**MOTION FOR APPOINTMENT OF CLASS COUNSEL
FOR DIRECT PURCHASER PLAINTIFFS**

Direct Purchaser Plaintiffs Stephen L. LaFrance Pharmacy, Inc. d/b/a SAJ Distributors and Stephen L. LaFrance Holdings, Inc., Burlington Drug Company, Inc., King Drug Company of Florence, Inc., Uniondale Chemists, Inc., and Louisiana Wholesale Drug Company, Inc. move this Court for appointment of Hagens Berman Sobol Shapiro LLP and Garwin Gerstein & Fisher LLP as co-lead class counsel pursuant to Fed.R.Civ.P. 23(g), (d)(1)(C), and (d)(1)(E).

Dated: April 2, 2012

Respectfully submitted,

*/s/ Lauren Guth Barnes*

Thomas M. Sobol
David Nalven
Lauren Guth Barnes
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 483-3700
Email: tom@hbsslaw.com
       davidn@hbsslaw.com
       lauren@hbsslaw.com

Bruce E. Gerstein
Noah Silverman
Jonathan Gerstein
Daniel Litvin
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036

Tel: (212) 398-0055
Email: bgerstein@garwingerstein.com

*Interim Co-Lead Counsel for the Direct Purchaser Class*

## CERTIFICATE OF SERVICE

I hereby certify that I am one of the plaintiffs' attorneys and that on this date, I caused copies of the papers annexed hereto to be served on all counsel of record in this proceeding via ECF.

Dated: April 2, 2012

*Lauren Guth Barnes*
Lauren Guth Barnes