UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 1:11-md-02242-RWZ

IN RE: PROGRAF ANTITRUST LITIGATION

ORDER

June 10, 2014

ZOBEL, D.J.

The court issued an order on June 10, 2014, resolving various motions from the parties, including motions for summary judgment. Because the opinion makes reference to confidential information regarding, among other things, one of the named plaintiffs, it is docketed under seal.

|   |   |
|---|---|
|    June 10, 2014    |    /s/Rya W. Zobel    |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |