UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PROGRAF ANTITRUST LITIGATION | MDL No. 2242 |
| THIS DOCUMENT RELATES TO:<br>All Actions | Master File No. 1:11-md-2242 |

**ASSENTED-TO MOTION TO FILE UNDER SEAL**

Pursuant to the Protective Order dated April 17, 2012 [Dkt. No. 66], Plaintiffs respectfully move for leave to file the following documents **under seal**:

- Motion *in Limine* to Exclude Documents and Testimony Concerning Purported Statements by FDA's Marc Cavaille-Coll, including exhibits A & B;

- Plaintiffs' Motion *in Limine* to Preclude Astellas from Characterizing its Petition as an Effort Merely to "Raise Concern" or "Influence Public Debate," including exhibits B, F, G, & I;

- Motion *in Limine* to Exclude Pre-Petition Studies Astellas Did Not Include in its Petition, including exhibit B;

- Motion *in Limine* to Exclude the Purported Views of the "Transplant Community," including exhibit D;

- Plaintiffs' Motion *in Limine* to Exclude Testimony of Good Faith Without Waiving Privilege, including exhibits C, D, H, & K;

- Plaintiffs' Motion *in Limine* to Exclude Post-Petition Evidence, including exhibits C, D, E, & F; and

- Plaintiffs' Motion *in Limine* to Exclude Evidence Disparaging to Generics;, including exhibit D.

This filing contains documents and information that defendant Astellas Pharma US, Inc. has marked as Confidential and/or Highly Confidential. Plaintiffs will deliver via UPS a copy of this filing to the Clerk of the Court once this order has been entered, and will deliver a courtesy copy disc to chambers.

Astellas assents to this motion.

Dated: November 12, 2014

Respectfully submitted,

| | |
|---|---|
| **/s/ Bruce E. Gerstein** | **/s/ Thomas M. Sobol** |
| Bruce E. Gerstein | Thomas M. Sobol (BBO# 471770) |
| Noah Silverman | David S. Nalven (BBO #547220) |
| Dan Litvin | Jessica R. MacAuley (BBO# 685983) |
| Garwin Gerstein & Fisher, LLP | Hagens Berman Sobol Shapiro LLP |
| 1501 Broadway, Suite 1416 | 55 Cambridge Parkway, Suite 301 |
| New York, NY 10036 | Cambridge, MA 02142 |
| Tel. (212) 398-0055 | Tel. (617) 482-3700 |

*Co-Lead Counsel for the Direct Purchaser Class*

| | |
|---|---|
| James R. Dugan, II | J. Gerard Stranch, IV |
| Douglas Plymale, Ph.D. | Joe P. Leniski, Jr. |
| David Franco | Benjamin A. Gastel |
| Dugan Law Firm | Branstetter, Stranch & Jennings, PLLC |
| One Canal Place | 227 Second Avenue North, 4th Floor |
| 365 Canal Street, Suite 1000 | Nashville, TN 37201-1631 |
| New Orleans, LA. 70130 | Tel: (615) 254-8801 |
| Tel: (504) 648-0180 | |

*Co-Lead Indirect Purchaser Counsel*

## CERTIFICATE OF SERVICE

I, Thomas M. Sobol, hereby certify that this document was electronically filed and served by email on all counsel of record.

          **/s/ Thomas M. Sobol**
          Thomas M. Sobol

Date: November 12, 2014