**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: PROGRAF ANTITRUST LITIGATION | MDL No. 2242<br>Master File No. 1:11-md-2242 RWZ |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | **Hon. Rya W. Zobel**<br><br>**FILED UNDER SEAL** |

**PLAINTIFFS' MOTION FOR TRIAL TESTIMONY OF TWO ASTELLAS WITNESSES
BY LIVE CONTEMPORANEOUS VIDEO TRANSMISSION**

# FILED UNDER SEAL