# EXHIBIT E

Plaintiffs' Witness List

1. **Plaintiffs' Fact Witnesses**

| Witness | Will Call/May Call? |
|---|---|
| (Allen) Frick, Jin Li<br>Will testify via video-deposition<br>Current Address Unknown | W |
| Attinger, Bernadette<br>(30(b)(6) Sandoz Pharmaceuticals witness)<br>Will testify via video-deposition<br>Qualitest Pharmaceuticals<br>130 Vintage Drive<br>Huntsville, AL 358811 | W |
| Berlin, Charlotte<br>Testimony live or via video-deposition; subject to motion practice<br>Represented by Counsel<br>Brian Murray<br>Jones Day<br>77 West Wacker<br>Chicago, IL 60601 | W |
| Crist, Katrina<br>May testify via video-deposition<br>1275 K Street, Northwest, Suite 1000<br>Washington, DC 20005 | M |
| Cronin, David<br>May testify via video-deposition<br>N53 W21788 Taylors Woods Drive<br>Menomonee Falls, WI 5305 | M |
| First, Roy<br>Represented by Counsel<br>John Treece<br>Sidley Austin, LLP<br>One South Dearborn<br>Chicago, IL 60603 | W |
| Fitzsimmons, William<br>Represented by Counsel<br>John Treece<br>Sidley Austin, LLP<br>One South Dearborn<br>Chicago, IL 60603 | W |
| Lasak, Martin<br>May testify via video-deposition<br>Represented by Counsel | M |

Plaintiffs' Witness List

| | |
|---|---|
| John Treece<br>Sidley Austin, LLP<br>One South Dearborn<br>Chicago, IL 60603 | |
| Miller, Richard<br>May testify via video-deposition<br>Represented by Counsel<br>John Treece<br>Sidley Austin, LLP<br>One South Dearborn<br>Chicago, IL 60603 | M |
| Park, Sharon<br>Testimony live or via video-deposition; subject to motion practice<br>Represented by Counsel<br>John Treece<br>Sidley Austin, LLP<br>One South Dearborn<br>Chicago, IL 60603 | W |
| Ruggierro, Michael<br>May testify via video-deposition<br>Represented by Counsel<br>John Treece<br>Sidley Austin, LLP<br>One South Dearborn<br>Chicago, IL 60603 | M |
| Slaught, John<br>May testify via video-deposition<br>Represented by Counsel<br>John Treece<br>Sidley Austin, LLP<br>One South Dearborn<br>Chicago, IL 60603 | M |
| Wertjes, Catherine<br>Represented by Counsel<br>John Treece<br>Sidley Austin, LLP<br>One South Dearborn<br>Chicago, IL 60603 | W |
| Willett, Tom<br>Will testify via video-deposition<br>Represented by Counsel<br>John Treece<br>Sidley Austin, LLP<br>One South Dearborn<br>Chicago, IL 60603 | W |

Plaintiffs' Witness List

2. **Direct Purchaser Class Representatives**

| Witness | Will Call/May Call? |
|---|---|
| Elmore, Keith<br>Represented by Counsel<br>Susan Segura<br>Smith, Segura, & Raphael, LLP<br>3600 Jackson Street, Suite 111<br>Alexandria, LA 71303 | M |
| Gielen, Chad<br>Represented by Counsel<br>Susan Segura<br>Smith, Segura, & Raphael, LLP<br>3600 Jackson Street, Suite 111<br>Alexandria, LA 71303 | M |
| Glazier, Margaret<br>Represented by Counsel<br>Susan Segura<br>Smith, Segura, & Raphael, LLP<br>3600 Jackson Street, Suite 111<br>Alexandria, LA 71303 | M |

3. **Plaintiffs' Expert Witnesses**

| Witness | Will Call/May Call? |
|---|---|
| Benet, L.Z.<br>Represented by Counsel<br>David Nalven<br>Hagens Berman Sobol Shapiro LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142 | W |
| Christians, Uwe<br>Represented by Counsel<br>David Nalven<br>Hagens Berman Sobol Shapiro LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142 | W |
| Jewell, Nicholas<br>Represented by Counsel<br>David Nalven<br>Hagens Berman Sobol Shapiro LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142 | M |

Plaintiffs' Witness List

| | |
|---|---|
| Johnston, Gordon<br>Represented by Counsel<br>David Nalven<br>Hagens Berman Sobol Shapiro LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142 | W |
| Kessler, David<br>Represented by Counsel<br>David Nalven<br>Hagens Berman Sobol Shapiro LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142 | W |
| Leitzinger, Jeffrey<br>Represented by Counsel<br>David Nalven<br>Hagens Berman Sobol Shapiro LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142 | W |