# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| In re: PROGRAF ANTITRUST LITIGATION | ) ) ) ) | MDL No. 2242 |
|---|---|---|
| THIS DOCUMENT RELATES TO: **All Direct Purchaser Actions** | ) ) ) ) ) ) | Master File No. 1:11-md-2242 RWZ **Hon. Rya W. Zobel** |

## DEFENDANT ASTELLAS PHARMA US, INC'S WITNESS LIST

Included are names of witnesses whom Defendant Astellas Pharma US, Inc. ("Astellas") expects to call, live or by deposition, and names of witnesses whom Astellas may call if the need arises.

Astellas reserves the right to supplement this disclosure in light of the Court's rulings or otherwise pursuant to the Federal Rules of Civil Procedure. Astellas also reserves the right to call any of the witnesses included in Plaintiffs' witness list, as well as any additional witnesses necessary to rebut the evidence presented by Plaintiffs. Astellas further reserves the right to present any counter-designations, in video form or otherwise, of any depositions that may be presented by Plaintiffs at trial. This list does not include the names of any witnesses who may be presented solely for impeachment purposes or through counter-designations.

A.    <u>Expect To Call</u>

    **Michael Abecassis, M.D.**  (Live or By Deposition)
    Represented by Counsel
    Larry Gondelman
    Powers Pyles Sutter & Verville PC
    1501 M Street, NW
    Seventh Floor
    Washington, DC 20005

**Bernadette Attinger**  (By Deposition)
Qualitest Pharmaceuticals
130 Vintage Drive
Huntsville, AL 35811

**D. Bruce Burlington, M.D.**  (Live)
Retained by Counsel
John Treece
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

**Pierre-Yves Cremieux, Ph.D.**  (Live)
Retained by Counsel
John Treece
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

**Katrina Crist**  (By Deposition)
1275 K Street, NW
Suite 1000
Washington, DC 20005

**Roy First, M.D.**  (Live)
Represented by Counsel
John Treece
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

**William Fitzsimmons**  (Live)
Represented by Counsel
John Treece
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

**J. Harold Helderman, M.D., FACP**  (Live)
Retained by Counsel
John Treece
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

2

**Goran Klintmalm, M.D., Ph.D.**  (Live or By Deposition)
Represented by Counsel
Larry Gondelman
Powers Pyles Sutter & Verville PC
1501 M Street, NW
Seventh Floor
Washington, DC 20005

**Martin Lasak**  (By Deposition)
Represented at deposition by:
John Treece
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

**Catherine Wertjes**  (Live)
Represented by Counsel
John Treece
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

B. May Call

**Leslie Benet, Ph.D.**  (By Deposition)
Represented by Counsel
David Nalven
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

**Kristen Fox-Smith**  (Live)
Retained by Counsel
John Treece
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

**Benedict Cosimi, M.D.**  (Live)
Massachusetts General Hospital
55 Fruit Street
Boston, MA 02114

**Margaret Long**  (Live)
Represented by Counsel
John Treece
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

4