UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 11-02242-RWZ

In re PROGRAF ANTITRUST LITIGATION

FINAL ORDER TERMINATING THIS MDL PROCEEDING

March 12, 2018

ZOBEL, S.D.J.

Final Judgment approving settlement, awarding attorneys' fees and expenses was entered on November 2, 2016. The appeal therefrom was voluntarily dismissed and mandate issued on January 27, 2017. In response to this court's notice of termination of the case for inactivity dated December 15, 2017, the Indirect Purchaser Plaintiffs and the Settlement Class they represent moved to reopen the case to allow them to file a motion for final distribution of the remaining settlement fund upon conclusion of the claims administration process. That motion was allowed, and said Plaintiffs have now filed notice of completion of final distribution (Docket # 720).

All claims and all cases in this MDL have now been resolved.

Accordingly, it is Ordered that this MDL proceeding is hereby terminated, and the Clerk shall so inform the MDL Panel.

|  |  |
|---|---|
| March 12, 2018 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL<br>SENIOR UNITED STATES DISTRICT JUDGE |